1   I am OSCAR EDUARDO MAYORGA'S attorney. I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8

9   _____          8/10/24
    MATTHEW J. LOMBARD                          _____
    Attorney for Defendant                      Date
10  OSCAR EDUARDO MAYORGA

11

12   I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19

20  _____          08/10/24
    OSCAR EDUARDO MAYORGA                        _____
    Defendant                                   Date

21

22                  **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27

28  _____          _____
    INTERPRETER                                 Date

                            17