E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>EDGAR JOEL MARTINEZ-REYES ET AL.,<br><br>       Defendants. | No. 2:23-CR-00524(A)-DMG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:** **11/5/24; 3/25/2025**<br>**PROPOSED TRIAL DATE:** **5/19/2025** |

Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Julie J. Shemitz, and
defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both
individually and by and through his counsel of record, Zaura
Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through
his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,
both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
3  individually and by and through his counsel of record, Louis J.
4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
6  and through his counsel of record, John Targowski; LUIS BELANDRIA-
7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
9  individually and by and through his counsel of record, Michael D.
10 Walsh; JIAYUNG YU, both individually, and by and through his counsel
11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
12 and through his counsel of record, Edward M. Robinson; XUANYI MU
13 ("MU"), both individually and by and through his counsel of record,
14 Donald M. Matson; SHOU YANG, individually, and by and through his
15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
16 individually, and by and through his counsel of record,    OSCAR
17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
19 ROBLES"), both individually and by and through his counsel of record,
20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
22 individually, and by and through his counsel of record, Peter
23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his
24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
25 and by and through his counsel of record, Kevin Gres, hereby
26 stipulate as follows:
27
28

1      1.   On April 4, 2024, a grand jury for the Central District of

2  California returned first superseding indictment as to both <u>United</u>

3  <u>States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u>

4  Initial appearance and arraignment for defendant CHENGWU HE has been

5  set for August 22, 2024.

6      2.   The Speedy Trial Act, 18 U.S.C. § 3161, requires that the

7  trial commence on or before August 20, 2024.

8      3.   Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL

9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this

10  district.

11      4.   All defendants who have appeared in this district have been

12  released on bond pending trial.

13      5.   The parties estimate that the trial in this matter will

14  last approximately three weeks.  All defendants are joined for trial

15  and a severance has not been granted.

16      6.   By this stipulation, the parties move to continue the trial

17  date to and the status conference to October 21, 2025 and the status

18  conference to October 8, 2025.

19      7.   Defendants request the continuance based upon the following

20  facts, which the parties believe demonstrate good cause to support

21  the appropriate findings under the Speedy Trial Act:

22      a.   Counsel for defendants represent that they have

23  various prior obligations and trial conflicts as set out in Exhibit A

24  hereto. Counsel for defendants also represent that additional time is

25  necessary to confer with their defendants, conduct and complete an

26  independent investigation of the case, conduct and complete

27  additional legal research including for potential pre-trial motions,

28

review the discovery and potential evidence in the case, and prepare

for trial in the event that a pretrial resolution does not occur.

Defense counsel represent that failure to grant the continuance would

deny them reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

b.    Defendants believe that failure to grant the

continuance will deny them continuity of counsel and adequate

representation.

c.    The government does not object to the continuance.

d.    The requested continuance is not based on congestion

of the Court's calendar, lack of diligent preparation on the part of

the attorney for the government or the defense, or failure on the

part of the attorney for the Government to obtain available

witnesses.

8.    For purposes of computing the date under the Speedy Trial

Act by which defendants' trial must commence, the parties agree that

the time period of January 2, 2024 to October 21, 2025, inclusive,

should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

(h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

continuance granted by the Court at defendants' request, without

government objection, on the basis of the Court's finding that:

(i) the ends of justice served by the continuance outweigh the best

interest of the public and defendant in a speedy trial; (ii) failure

to grant the continuance would be likely to make a continuation of

the proceeding impossible, or result in a miscarriage of justice; and

(iii) failure to grant the continuance would unreasonably deny

defendant continuity of counsel and would deny defense counsel the

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024          Respectfully submitted,

10

11                              E. MARTIN ESTRADA
                            United States Attorney

12                              MACK E. JENKINS
                            Assistant United States Attorney

13                              Chief, Criminal Division

14

15                              _____/s/_____
                            JULIE J. SHEMITZ

16                              Assistant United States Attorney

17                              Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____      _____

    ZAIRA VILLAGOMEZ                  Date

28

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
EDGAR MARTINEZ-REYES                      Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

_____          _____
INTERPRETER                               Date

1    I am SAI ZHANG's attorney.  I have carefully discussed every

2    part of this stipulation and the continuance of the trial date with

3    my client.  I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8    _____        _____
     RUEVEN L. COHEN                          Date
9    YOUNGBIN SON
     Attorneys for Defendant
10   SAI ZHANG

11

12

13        This agreement has been read to me in Mandarin, the language I

14   understand best, and I have carefully discussed every part of it with

15   my attorney.  I understand my Speedy Trial rights.  I voluntarily

16   agree to the continuance of the trial date and give up my right to be

17   brought to trial earlier than October 21, 2025.  I understand that I

18   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

19   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

20   _____        _____
     SAI ZHANG                                Date
21   Defendant

22                    **CERTIFICATION OF INTERPRETER**

23        I, _____, am fluent in the written and spoken

24   English and Mandarin languages.  I accurately translated this entire

25   agreement from English into Mandarin to defendant SAI ZHANG on this

26   date.

27   _____        _____
     INTERPRETER                              Date

28

                                    7

1

2     I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3 every part of this stipulation and the continuance of the trial date

4 with my client. I have fully informed my client of his Speedy Trial

5 rights.  To my knowledge, my client understands those rights and

6 agrees to waive them.  I believe that my client's decision to give up

7 the right to be brought to trial earlier than October 21, 2025, is an

8 informed and voluntary one.

9 _____     _____

10 ROBERT M. HELFEND                        Date
    Attorney for Defendant

11 BERNARDO MAUBERIS

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____     _____

21 BERNARDO MAUBERIS                        Date
    Defendant

22

23 **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25 English and Spanish languages.  I accurately translated this entire

26 agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27 this date.

28

INTERPRETER _____    Date _____

    I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO _____    Date _____
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
1    _____        _____
     INTERPRETER                         Date
2
3        I am RAUL CONTRERAS's attorney.  I have carefully discussed

4    every part of this stipulation and the continuance of the trial date

5    with my client. I have fully informed my client of his Speedy Trial

6    rights.  To my knowledge, my client understands those rights and

7    agrees to waive them.  I believe that my client's decision to give up

8    the right to be brought to trial earlier than October 21, 2025, is an

9    informed and voluntary one.

10   _____        _____
     CHARLES C. BROWN                    Date
     Attorney for Defendant
11   RAUL CONTRERAS

12
13
         I have read this stipulation and have carefully discussed it
14
     with my attorney. I understand my Speedy Trial rights.  I voluntarily
15
     agree to the continuance of the trial date, and give up my right to
16
     be brought to trial earlier than October 21, 2025.  I understand that
17
     I will be ordered to appear in Courtroom 8C of the Federal
18
     Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
19
     2025 at 8:30 a.m.
20
21   _____        _____
     RAUL CONTRERAS                      Date
     Defendant
22
23
                        CERTIFICATION OF INTERPRETER
24
         I, _____, am fluent in the written and spoken
25
     English and Spanish languages.  I accurately translated this entire
26
     agreement from English into Spanish to defendant RAUL CONTRERAS on
27
     this date.
28
                                    10
```

INTERPRETER _____          Date _____

I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____       Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____   Date _____
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____     Date _____

I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____     Date _____
Attorney for Defendant
HANG SU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____     Date _____
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

12

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____

   MATTHEW J. LOMBARD                           Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA

10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____

   OSCAR EDUARDO MAYORGA                         Date
20  Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____          _____

   INTERPRETER                                  Date
28

                                     18

1     I, _____, am fluent in the written and spoken

2 English and Mandarin languages.  I accurately translated this entire

3 agreement from English into Mandarin to defendant SHOU YANG on this

4 date.

5

    _____     _____

6 INTERPRETER                             Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this
date.

_____         _____
INTERPRETER                          Date

    I am SHOU YANG's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____         _____
SHOU YANG                            Date
Attorney for Defendant
ROBERT C. HSU

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____         _____
SHOU YANG                            Date
Defendant

### CERTIFICATION OF INTERPRETER

INTERPRETER _____         Date _____

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON _____         Date _____
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU _____         Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

<table>
<tr><td>1</td><td>INTERPRETER</td><td>Date</td></tr>
</table>

2

3      I am XIAOLEI YE's attorney.  I have carefully discussed every

4   part of this stipulation and the continuance of the trial date with

5   my client. I have fully informed my client of his Speedy Trial

6   rights.  To my knowledge, my client understands those rights and

7   agrees to waive them.  I believe that my client's decision to give up

8   the right to be brought to trial earlier than October 21, 2025 is an

9   informed and voluntary one.

10  EDWARD M. ROBINSON                          Date
    BRIAN ARTHUR ROBINSON
11  Attorneys for Defendant
    XIAOLEI YE
12

13

14      This agreement has been read to me in Mandarin, the language I

15  understand best, and I have carefully discussed every part of it with

16  my attorney.  I understand my Speedy Trial rights.  I voluntarily

17  agree to the continuance of the trial date and give up my right to be

18  brought to trial earlier than October 21, 2025.  I understand that I

19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21  XIAOLEI YE                                  Date
22  Defendant

23               **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant XIAOLEI YE on this

27  date.

28

INTERPRETER

Date

I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS
Attorney for Defendant
JIAYONG YU

Date

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU
Defendant

Date

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than October 21,
2025 is an informed and voluntary one.

_____        _____
EDVIN S. FLORES                    Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____        _____
VICTOR RODRIGUEZ-TRUJILLO          Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant VICTOR RODRIGUEZ-
TRUJILLO on this date.

_____        _____
INTERPRETER                        Date

1     I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8 _____       _____
ROBERT BERNSTEIN                         Date
9 Attorney for Defendant
VIDAL LICON-ROBLES

10

11

12     I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19 _____       _____
VIDAL LICON-ROBLES                       Date
20 Defendant

21

22                          **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26 on this date.

27 _____       _____
INTERPRETER                              Date
28

1     I am LEOPOLDO BERNAL's attorney. I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights. To my knowledge, my client understands those rights and

5 agrees to waive them. I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8 _____    _____

ANTHONY M. SOLIS    Date

9 Attorney for Defendant

LEOPOLDO BERNAL

10

11

12     I have read this stipulation and have carefully discussed it

with my attorney. I understand my Speedy Trial rights. I voluntarily

13

agree to the continuance of the trial date, and give up my right to

14

be brought to trial earlier than October 21, 2025. I understand that

15

I will be ordered to appear in Courtroom 8C of the Federal

16

Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17

2025 at 8:30 a.m.

18

19 _____    _____

LEOPOLDO BERNAL    Date

20 Defendant

21

## CERTIFICATION OF INTERPRETER

22

23     I, _____, am fluent in the written and spoken

English and Spanish languages. I accurately translated this entire

24

agreement from English into Spanish to defendant LEOPOLDO BERNAL on

25

this date.

26

27 _____    _____

INTERPRETER    Date

28

I am JULIO ALEXANDER CABRERA's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
PETER JOHNSON                              Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
JULIO ALEXANDER CABRERA                    Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JULIO ALEXANDER CABRERA on this date.

_____          _____
INTERPRETER                                Date

22

1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8    _____    _____
     MICHAEL S. CHERNIS                   Date
9    Attorney for Defendant
     JOSE ANTONIO PARDO
10

11

12    I have read this stipulation and have carefully discussed it

13    with my attorney. I understand my Speedy Trial rights.  I voluntarily

14    agree to the continuance of the trial date, and give up my right to

15    be brought to trial earlier than October 21, 2025.  I understand that

16    I will be ordered to appear in Courtroom 8C of the Federal

17    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18    2025 at 8:30 a.m.

19    _____    _____
     JOSE ANTONIO PARDO                   Date
20    Defendant

21

22                     **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24    English and Spanish languages.  I accurately translated this entire

25    agreement from English into Spanish to defendant JOSE ANTONIO PARDO

26    on this date.

27    _____    _____
     INTERPRETER                          Date
28

                                    23

1

2    I am JIANDE ZHOU's attorney.  I have carefully discussed every

3    part of this stipulation and the continuance of the trial date with

4    my client. I have fully informed my client of his Speedy Trial

5    rights.   To my knowledge, my client understands those rights and

6    agrees to waive them.   I believe that my client's decision to give up

7    the right to be brought to trial earlier than October 21, 2025 is an

8    informed and voluntary one.

9    _____        _____8/9/24_____
     JIANDE ZHOU                              Date
10   Attorney for Defendant
     KEVIN D. GRES
11

12

13   I have read this stipulation and have carefully discussed it

14   with my attorney. I understand my Speedy Trial rights.   I voluntarily

15   agree to the continuance of the trial date, and give up my right to

16   be brought to trial earlier than October 21, 2025.   I understand that

17   I will be ordered to appear in Courtroom 8C of the Federal

18   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19   2025 at 8:30 a.m.

20   _____        _____8/9/2024_____
     JIANDE ZHOU                              Date
21   Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24   I,  Yanyan Liu, am fluent in the written and spoken

25   English and Mandarin languages.  I accurately translated this entire

26   agreement from English into Mandarin to defendant JIANDE ZHOUon this

27   date.

28

_____          08/09/2024
INTERPRETER                              Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28